**Order entered August 27, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00048-CV

**KATY VENTURE, LTD., ET AL., Appellants**

**V.**

**CREMONA BISTRO CORP., Appellee**

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-11023-M**

## ORDER

We **GRANT** appellants' August 22, 2013, unopposed motion for an extension of time to file a reply brief.  Appellants shall file their reply brief by August 29, 2013.


/s/  DAVID LEWIS
    JUSTICE